(Rev. 03/05)

# United States District Court
## Northern District of Illinois

UNITED STATES OF AMERICA )
)
v. ) Case Number: 04-CR-699-1
) Judge: John F. Keenan
GALE NETTLES )

JOHN THEIS, Defendant's Attorney
Brandon Fox and Victoria Peters, AUSAs

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

**THERE WAS A:**

jury verdict of guilty as to count(s) 1,2,4,5,6,7,8, and 9 of the indictment.

**THE DEFENDANT IS CONVICTED OF THE OFFENSES(S) OF:**

| Title & Section | Description of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 844(f)(1) | Attempt to Destroy by Fire and Explosive a Building Owned by the United States | | One |
| 18 U.S.C. § 844(f)(1) | Attempt to Destroy by Fire and Explosive a Building Used in Interstate Commerce | | Two |
| 18 U.S.C. § 471 | Manufacture and Counterfeit Obligations of the United States | | Four |
| 18 U.S.C. § 473 | Transfer of Counterfeit Obligations of the United States | | Five, six, seven, eight, and nine |

The defendant is sentenced as provided in the following pages of this judgment.

NETTLES, Gale  
04 CR 699-1

## IMPRISONMENT

**IT IS THE JUDGMENT OF THIS COURT THAT:**

the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total uninterrupted term of **TWENTY (20) YEARS** on each of counts one, two, four, five, six, seven, eight, and nine. The term of custody on counts two, four, five, six, seven, eight, and nine shall run consecutively to the term of custody on count one and consecutively to each other, for a total term of imprisonment of ONE HUNDRED SIXTY (160) YEARS.

The Court recommends that defendant receive psychiatric and medical screening prior to designation of a facility.

## SUPERVISED RELEASE

The Court finds that a term of supervised release is not necessary due to the length of the term of imprisonment.

NETTLES, Gale  Page 3 of 5
04 CR 699-1

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the "Schedule of Payments." Unless waived, the defendant shall pay interest on any restitution and/or fine of more than $2,500, unless the restitution and/or fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). The payment options may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

| Total Assessment(s) | Total Fine | Restitution | Mandatory Costs of Prosecution |
|---|---|---|---|
| $800.00 | Fine Waived | $ | $ |

The defendant shall notify the United States Attorney's Office having jurisdiction over the defendant within thirty days of any change of name, residence or mailing address until all special assessments, restitution, fines, and costs imposed by this judgment are fully paid.

## SCHEDULE OF PAYMENTS

- Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest, (7) penalties, and (8) costs, including cost of prosecution and court costs. If this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment.

- All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate financial Responsibility Program, are to be by money order or certified check payable to the Clerk of the Court, U.S. District Court, unless otherwise directed by the Court.

- Unless waived, the defendant shall pay interest on any fine and/or restitution of more than $2,500, unless the same is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). Payment options included herein may be subject to penalties of default and delinquency pursuant to 18 U.S.C. § 3612(g).

- Pursuant to 18 U.S.C. §§ 3613(b) and ©) and 3664(m), restitution and/or fine obligations extend for twenty years after release from imprisonment, or from the date of entry of judgment if not sentenced to a period of imprisonment.

Payment of the total criminal monetary penalties shall be due as follows:

    In full:

    Due immediately.

Pursuant to 18 U.S.C. § 3664(k) the defendant must notify the court of any material changes in the defendant's economic circumstances. Upon such notice, the court may adjust the installment payment schedule.

Pursuant to 18 U.S.C. § 3664(n), if a person is obligated to provide restitution, or pay a fine, received substantial resources from any source, including inheritance, settlement, or other judgment, during a period of incarceration, such person shall be required to apply the value of such resources to any restitution or fine still owed.

## RETURN OF SERVICE

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____.

By: _____
(Signature)

Name (Print) _____

Title (Print) _____

NETTLES, Gale

04 CR 699w1

Page 5 of 5

The defendant is immediately remanded to the custody of the United States Marshal.

Date of Imposition of Judgment/Sentencing: January 12, 2006

*John F. Keenan* (signature)

JOHN F. KEENAN
UNITED STATES DISTRICT JUDGE

Dated at Chicago, Illinois this 12 day of January, 2006