

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
**CLERK**

**312-435-5670**

February 10, 2006

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE: USA vs Nettles

U.S.D.C. DOCKET NO. : 04cr699

U.S.C.A. DOCKET NO. : 06-1304

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

VOLUME(S) OF PLEADING(S)                    1 Volume of Pleadings

VOLUME(S) OF TRANSCRIPT(S)                 1 Transcript

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:                                              1 Restricted Item

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Michael W. Dobbins, Clerk

By:_____
    G. Jones, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

1 Volume of Pleadings

1 Volume of Transcripts

1 Restricted Item

In the cause entitled: USA vs Nettles.

USDC NO.      : 04cr699

USCA NO.      : 06-1304

IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 10th day of Feb. 2006.

MICHAEL W. DOBBINS, CLERK

By: _____
    G. Jones, Deputy Clerk

# United States District Court
## Northern District of Illinois
## 219 South Dearborn Street
## Chicago, Illinois 60604

I, MICHAEL W. DOBBINS, CLERK of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the following is transmitted as part of the record on appeal in the cause entitled:

USDC No.: 04cr699

USCA No.: 06-1304

| FILED DATE | ITEM NO. | DESCRIPTION |
|---|---|---|
| 10/17/2005 | 80 | Transcript of Proceedings |

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the seal of the aforesaid court at Chicago Illinois, this 10th day of Feb. 2006.

MICHAEL W. DOBBINS, CLERK

By:_____
    G. Jones, Deputy Clerk

# United States District Court
## Northern District of Illinois
## 219 South Dearborn Street
## Chicago, Illinois  60604

I, MICHAEL W. DOBBINS, CLERK of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the following is transmitted as part of the record on appeal in the cause entitled:

USDC No.: 04cr699

USCA No.: 06-1304

| FILED DATE | ITEM NO. | DESCRIPTION |
|---|---|---|
| 1/13/2006 | 89 | Sealed Document |

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the seal of the aforesaid court at Chicago Illinois, this 10th day of Feb. 2006.

MICHAEL W. DOBBINS, CLERK

By:_____
    G. Jones, Deputy Clerk

1. APPEAL, DENLOW

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 2.5 (Chicago)
## CRIMINAL DOCKET FOR CASE #: 1:04-cr-00699-ALL
## Internal Use Only

Case title: USA v. Nettles                    Date Filed: 09/01/2004

Assigned to: Honorable John F. Keenan

**Defendant**

**Gale Nettles** (1)                 represented by **John Thomas Theis**
*TERMINATED: 01/12/2006*             Attorney at Law
                                     29 South LaSalle Street
                                     Suite 220
                                     Chicago, IL 60603
                                     (312) 782-1121
                                     Email: theislaw@aol.com
                                     *LEAD ATTORNEY*
                                     *ATTORNEY TO BE NOTICED*
                                     *Designation: CJA Appointment*

**Pending Counts**                   **Disposition**

                                     It is the judgment of this court that the defendant is
                                     hereby committed to the custody of the United States
                                     Bureau of Prisons to be imprisoned for a total
                                     uninterrupted term of twenty (20) years on each of co
                                     one, two, four, five, six, seven, eight, and nine. The te
18:844G.F POSSESS EXPLOSIVES         of custody on counts two, four, five, six, seven, eight,
ON FEDERAL PROPERTY                  nine shall run consecutively to the term of custody on
(1-2)                                count one and consecutively to each other, for a total
                                     term of imprisonment on one hundred sixty (160) yea
                                     Supervised Release. The court finds that a term of
                                     supervised release is not necessary due to the length o
                                     the term of imprisonment. The defendant shall pay the
                                     total assessment of $800.00. Schedule of payments. T

18:471.F UTTERS COUNTERFEIT OBLIGATIONS (4)

defendant is immediately remanded to the custody of United States Marshal.

It is the judgment of this court that the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total uninterrupted term of twenty (20) years on each of co one, two, four, five, six, seven, eight, and nine. The te of custody on counts two, four, five, six, seven, eight, nine shall run consecutively to the term of custody on count one and consecutively to each other, for a total term of imprisonment on one hundred sixty (160) yea Supervised Release. The court finds that a term of supervised release is not necessary due to the length o the term of imprisonment. The defendant shall pay the total assessment of $800.00. Schedule of payments. T defendant is immediately remanded to the custody of United States Marshal.

18:473.F DEAL IN COUNTERFEIT OBLIGATIONS AND SECURITIES (5-9)

It is the judgment of this court that the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total uninterrupted term of twenty (20) years on each of co one, two, four, five, six, seven, eight, and nine. The te of custody on counts two, four, five, six, seven, eight, nine shall run consecutively to the term of custody on count one and consecutively to each other, for a total term of imprisonment on one hundred sixty (160) yea Supervised Release. The court finds that a term of supervised release is not necessary due to the length o the term of imprisonment. The defendant shall pay the total assessment of $800.00. Schedule of payments. T defendant is immediately remanded to the custody of United States Marshal.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

18:2339BF PROVIDING MATERIAL SUPPORT OR

**Disposition**

Count three found not guilty

Page 2 of  14

RESOURCES TO TERRORISTS and
18:2 AID AND ABET
(3)

**Highest Offense Level (Terminated)**

Felony

**Complaints**                                              **Disposition**

18:844(f)(1) Attempt to damage and
destroy by means of fire and an
explosive a government building

---

**Plaintiff**

**United States of America**                represented by **Victoria Jones Peters**
                                            United States Attorney's Office
                                            219 South Dearborn Street
                                            Suite 4400
                                            Chicago, IL 60604
                                            (312) 353-5300
                                            Email: vicki.peters@usdoj.gov
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

                                            **Pretrial Services**
                                            .
                                            435-5545
                                            Email:
                                            ilnptdb_Court_Action_Notice@ilnpt.
                                            uscourts.gov
                                            *ATTORNEY TO BE NOTICED*

                                            **Probation Department**
                                            .
                                            408-5197
                                            *ATTORNEY TO BE NOTICED*

                                            **Brandon D Fox**
                                            United States Attorney's Office, NDIL

219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353-5300
Email: brandon.fox@usdoj.gov
*ATTORNEY TO BE NOTICED*

**John C Kocoras**
United States Attorney's Office
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353-5300
*TERMINATED: 08/11/2005*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/05/2004 | **1** | COMPLAINT Hon. Morton Denlow (pmp) (Entered: 08/06/2004) |
| 08/05/2004 | | DEFENDANT Gale Nettles arrested (pmp) (Entered: 08/06/2004) |
| 08/05/2004 | **2** | MINUTE ORDER of 8/5/04 by Hon. Morton Denlow as to Gale Nettles : Initial appearance proceedings of Gale Nettles held. Defendant appears in response to arrest on 08/05/04. Defendant informed of rights. Enter order appointing John T. Theis as counsel for the defendant. Defendant to remain in custody pending preliminary examination and detention hearing set for 08/10/04 at 2:30 p.m. Mailed notice (pmp) (Entered: 08/06/2004) |
| 08/05/2004 | **3** | APPEARANCE of Attorney for Gale Nettles by John T. Theis (pmp) (Entered: 08/06/2004) |
| 08/05/2004 | **4** | FINANCIAL AFFIDAVIT as to Gale Nettles (pmp) (Entered: 08/06/2004) |
| 08/10/2004 | **5** | MINUTE ORDER of 8/10/04 by Hon. Morton Denlow as to Gale Nettles : Preliminary examination hearing held. Order finding of probable cause. Detention hearing held. Defendant ordered detained as a danger to the community. Defendant ordered bound to the District Court for further proceedings in custody of the U.S. Marshal. Mailed notice (emd) (Entered: 08/12/2004) |
| 08/13/2004 | **6** | MINUTE ORDER of 8/13/04 by Hon. Morton Denlow as to Gale Nettles : Enter order of detention of defendant Gale Nettles pending |

| | | |
|---|---|---|
| | | trial. Mailed notice (pmp) (Entered: 08/16/2004) |
| 09/01/2004 | | Modification: Case assigned to Hon. Elaine E. Bucklo (pmp) (Entered: 09/02/2004) |
| 09/01/2004 | **7** | INDICTMENT Counts filed against Gale Nettles (1) count(s) 1-2, 3, 4, 5-9 (pmp) (Entered: 09/02/2004) |
| 09/01/2004 | **8** | DESIGNATION SHEET Felony Category III (pmp) (Entered: 09/02/2004) |
| 09/01/2004 | **9** | MINUTE ORDER of 9/1/04 by Hon. Sidney I. Schenkier as to Gale Nettles : No bond set; detained by magistrate. No notice (pmp) (Entered: 09/02/2004) |
| 09/02/2004 | **10** | ARRAIGNMENT NOTICE: Before Hon. Morton Denlow as to Gale Nettles : Arraignment and plea set for Wednesday, 09/08/04 at 10:00 a.m. in courtroom 1350 before Magistrate Judge Denlow for Judge Bucklo Mailed notice (pmp) (Entered: 09/02/2004) |
| 09/08/2004 | **11** | MINUTE ORDER of 9/8/04 by Hon. Morton Denlow as to Gale Nettles : Arraignment and plea reset to 10/13/04 at 10:00 a.m. Mailed notice (pmp) (Entered: 09/09/2004) |
| 09/13/2004 | **12** | MINUTE ORDER of 9/13/04 by Hon. Morton Denlow as to Gale Nettles : Arraignment and plea held. Defendant waives formal reading of the indictment and enters a plea of not guilty to all counts of the indictment. Defendant informed of rights. 16.1(a) conference to be held by or on 9/20/04. Pretrial motions to be filed by or on 9/30/04; any response by or on 10/12/04. Status hearing set before Judge Bucklo on 10/15/04 at 10:00am. Government's oral motion to time is granted. Time from the day of arraignment through the status date of 10/15/04 to be excluded under 18:3161(a)(1) and the US vs. Tibboel, 753 F2d. 608 (7th Cir. 1985). Mailed notice (emd) Modified on 09/24/2004 (Entered: 09/14/2004) |
| 09/13/2004 | | Modification: for Hon. Elaine E. Bucklo Status hearing set before Judge Bucklo on 10/15/04 at 10:00am. (emd) (Entered: 09/14/2004) |
| 09/15/2004 | **13** | MINUTE ORDER of 9/15/04 by Hon. Elaine E. Bucklo as to Gale Nettles : On court's own motion, status hearing set for 10/15/04 is reset for 10/19/04 at 9:30am. Time is excluded from this day through the next status date under 18:3161(h)(1) and US vs. Tibboel. Mailed notice (emd) (Entered: 09/16/2004) |
| 10/08/2004 | **14** | MOTION by Gale Nettles to re-set motion schedule ; Notice (pmp) |

|  |  | (Entered: 10/15/2004) |
|---|---|---|
| 10/15/2004 | **15** | MINUTE ORDER of 10/15/04 by Hon. Elaine E. Bucklo as to Gale Nettles : Defendant's motion to re-set motion schedule is granted. [14-1] Accordingly defendant has until 11/5/04 to file any pretrial motions and response will be due by 11/12/04. Status hearing set for 10/19/04 is reset for 11/19/04 at 10:00 a.m. Time from this day through 11/19/04 is excluded for pretrial motions and trial preparations under 18:3161(H)(1) and USA vs Tibboel. Mailed notice (pmp) Modified on 10/29/2004 (Entered: 10/15/2004) |
| 11/04/2004 | **16** | MOTION by Gale Nettles to transfer proceedings pursuant to Rule 21 and for recusal (pmp) (Entered: 11/15/2004) |
| 11/04/2004 | **17** | MEMORANDUM of law by Gale Nettles in support motion to transfer proceedings pursuant to Rule 21 [16-1] and motion for recusal [16-2]; (Attachments); Notice (pmp) (Entered: 11/15/2004) |
| 11/12/2004 | **18** | MINUTE ORDER of 11/12/04 by Hon. Elaine E. Bucklo as to Gale Nettles : Response to defendant's motion to transfer proceedings and for recusal is due by 11/17/04. The motion is entered and continued to 11/19/04 at 9:30 a.m. [16-1] and [16-2]. Mailed notice (pmp) (Entered: 11/15/2004) |
| 11/17/2004 | **19** | RESPONSE by USA to defendant's motion to transfer proceedings pursuant to Rule 21 [16-1] and motion for recusal [16-2] (pmp) (Entered: 11/18/2004) |
| 11/18/2004 | **20** | MINUTE ORDER of 11/18/04 by Hon. Elaine E. Bucklo as to Gale Nettles : Status hearing and defendant's motion to transfer [16-1] set for 11/29/04 are reset for 11/30/04 at 9:30 a.m. Time from 11/19/04 through 11/30/04 is excluded for pretrial motions under 18:3161(h)(1)(F). Mailed notice (pmp) (Entered: 11/19/2004) |
| 11/23/2004 | **21** | MINUTE ORDER of 11/23/04 by Hon. Elaine E. Bucklo as to Gale Nettles : Enter memorandum opinion and order denying defendant's motion to transfer the case to another circuit [16-1] and for recusal is denied. [16-2] Entered Memorandum Opinion and Order. Notices mailed by judge's staff (pmp) (Entered: 11/23/2004) |
| 11/30/2004 |  | ORAL MOTION by defendant Gale Nettles for an order to conduct defendant's mental evaluation (las) (Entered: 12/03/2004) |
| 11/30/2004 | **22** | MINUTE ORDER of 11/30/04 by Hon. Elaine E. Bucklo as to defendant Gale Nettles : Status hearing held and continued to 1/7/05 at 9:30 a.m. Defendant's motion for an order to conduct defendant's |

| | | |
|---|---|---|
| | | mental evaluation is granted [0-1]. Defendant's counsel to provide the court with specific information on the facility where the evaluation is to be conducted. Time from this day until 1/7/05 is excluded for trial preparations under 18:3161 (h)(8)(B)(iv). Mailed notice (las) (Entered: 12/03/2004) |
| 12/03/2004 **N/A** | 23 | MINUTE ORDER of 12/3/04 by Hon. Elaine E. Bucklo as to Gale Nettles : The court having granted defendant's request for a mental competency examination, defendant is ordered to be examined by Dr. Lyle H. Rossiter, Jr. M.D. Dr. Rossiter is requested to send a copy of the report to the court, with copies to all parties, as soon as the examination is completed. Time from this day is excluded for mental competency evaluation under 18:3161(h)(1)(A). Mailed notice (meg) (Entered: 12/06/2004) |
| ~~12/07/2004~~ | **24** | ~~ACKNOWLEDGEMENT of receipt of short record on appeal, as to Gale Nettles USCA 04-4104 (pmp) (Entered: 12/08/2004)~~ |
| 01/07/2005 | **25** | MINUTE ORDER of 1/7/05 by Hon. Elaine E. Bucklo as to Gale Nettles : Status hearing held and continued to 01/28/2005 at 9:30 a.m. Time from this day until 01/28/05 is excluded for trial preparations under 18:3161(h)(8)(B)(iv). Mailed notice (pmp) (Entered: 01/10/2005) |
| ~~01/07/2005~~ | **26** | ~~COPY of Order dated 01/06/05 from the 7th Circuit as to Gale Nettles. It is ordered that the motion to proceed in forma pauperis is granted. (04-4104) (pmp) (Entered: 01/10/2005)~~ |
| ~~01/21/2005~~ | **27** | ~~OPINION from the USCA for the 7th Circuit; Argued 12/8/04; Decided 1/21/05 in USCA case no. 04-4104 (emd, ) (Entered: 01/26/2005)~~ |
| ~~01/21/2005~~ | **28** | ~~CERTIFIED copy of order dated 1/21/05 from USCA, 7th Circuit as to Gale Nettles (Appeal No. 04-4104) : With reluctance we conclude that Nettles is entitled to a writ of mandamus directing the recusal of Judge Bucklo and any other judge of the Northern District. No purpose would be served by requiring Nettles to renew his transfer motion in the district court, before a judge brought in from the Northern District, or to make subsequent motion to recuse the members of this court. A more efficient method of proceeding is for us to recuse ouselves now, to be replaced by judges from other circuits who will be designated to hear any further proceedings instituted by Nettles in this court. The above is in accordance with the decision of this court entered on this date. (emd, ) (Entered: 01/26/2005)~~ |

| 01/27/2005 N/A | 29 | MINUTE entry before Judge Elaine E. Bucklo : Status hearing set for 01/28/05 is vacated pending reassignment of this case to another court pursuant to the 7th Circuit Opinion. (pmp, ) (Entered: 01/28/2005) |
|---|---|---|
| 03/21/2005 | **30** | EXECUTIVE COMMITTEE ORDER: Case as to Gale Nettles Assigned to Judge John F. Keenan. Judge Elaine E. Bucklo no longer assigned to the case .(pmp, ) (Entered: 03/28/2005) |
| 03/23/2005 | **31** | UNOPPOSED motion by United States of America to exclude time under Title 18 United States Code, Section 3161(h) as to Gale Nettles (pmp, ) (Entered: 03/28/2005) |
| 03/23/2005 | **32** | MINUTE entry before Judge John F. Keenan : Government's motion to exclude time from 3/23/05 to the date of the next status conference **31** is granted as to Gale Nettles. (18:3161(h)(1)(E); 18:3161(h)(1)(G) and 18:3161(h)(8)(B)(iv)) The ends of justice are best served by taking this action. (18:3161(h)(8)(B)(iv). Mailed notice (pmp, ) (Entered: 03/30/2005) |
| 03/23/2005 | **33** | ORDER as to Gale Nettles. Signed by Judge John F. Keenan on 3/23/05. Mailed notice (pmp, ) (Entered: 03/30/2005) |
| 03/23/2005 | | ***Excludable started as to Gale Nettles: (pmp, ) (Entered: 03/30/2005) |
| 03/23/2005 | | ***Excludable started as to Gale Nettles: (pmp, ) (Entered: 03/30/2005) |
| 03/23/2005 | | ***Excludable started as to Gale Nettles: (pmp, ) (Entered: 03/30/2005) |
| 05/05/2005 | **34** | MOTION by Gale Nettles for severance of counts; Notice. (emd, ) (Entered: 05/10/2005) |
| 05/05/2005 | **35** | MOTION by Gale Nettles requiring assistance necessary to hear court proceedings (emd, ) (Entered: 05/10/2005) |
| 05/05/2005 | **36** | MOTION by Gale Nettles to require notice of intention to use other crimes, wrongs or acts in evidence. (emd, ) (Entered: 05/10/2005) |
| 05/05/2005 | **37** | RENEWED MOTION by Gale Nettles to transfer proceedings pursuant to Rule 21. (emd, ) (Entered: 05/10/2005) |
| 05/05/2005 | **38** | MOTION by Gale Nettles in limine regarding prior convictions (emd, ) (Entered: 05/10/2005) |

| | | |
|---|---|---|
| 05/05/2005 | **39** | MOTION by Gale Nettles in limine to prohibit introduction of tape recordings of non-testifying witnesses. (emd, ) (Entered: 05/10/2005) |
| 05/27/2005 | **40** | RESPONSE by United States of America as to defendant Gale Nettles regarding motion to transfer proceedings **37** (pmp, ) (Entered: 06/03/2005) |
| 05/27/2005 | **41** | CONSOLIDATED response by United States of America as to defendant Gale Nettles regarding motion to require notice of intention to use other crimes, wrongs or acts in evidence **36** and motion in limine regarding prior convictions **38** (pmp, ) (Entered: 06/03/2005) |
| 05/27/2005 | **42** | RESPONSE by United States of America as to defendant Gale Nettles regarding motion in limine to prohibit introduction of tape recordings or non-testifying witnesses **39** (pmp, ) (Entered: 06/03/2005) |
| 05/27/2005 | **43** | RESPONSE by United States of America as to defendant Gale Nettles regarding motion for severance of counts **34** (pmp, ) (Entered: 06/03/2005) |
| 05/27/2005 | **44** | RESPONSE by United States of America as to defendant Gale Nettles regarding motion requiring assistance necessary to hear court proceedings **35** (pmp, ) (Entered: 06/03/2005) |
| 06/29/2005 | **45** | MINUTE entry before Judge John F. Keenan : Enter opinion and order: Motion (34) for severance of counts is denied. Motion **37** for transfer is denied. Motion **39** in limine to "Prohibit introduction of Tape Recordings of Non-Testifying Witnesses is denied. Motion **36** for disclosure of Rule 404(b) evidence is moot. The government will provide such evidence two weeks prior to trial. The motion for disclosure of evidence pursuant to Rule 608(b) is denied. Motion **38** under Rule 609(a) to prohibit the government from using defendant's 2001 courterfeiting conviction for impeachment purposes is denied. The motion **35** to provide defendant with assistance "To Hear and Participate in court proceedings" is granted. Time is excluded under the Speedy Trial Act, 18 U.S.C. 3161 until 09/06/2005 the day that jury selection will begin. Counsel earlier indicated that this was the date they preferred for trial. Jury trial set for 09/06/2005. Mailed notice (pmp, ) (Entered: 06/30/2005) |
| ~~06/29/2005~~ | ~~**46**~~ | ~~OPINION and Order as to Gale Nettles. Signed by Judge John F. Keenan on 6/29/05.Mailed notice (pmp, ) (Entered: 06/30/2005)~~ |
| 08/02/2005 | **47** | PEITION by United States of America for writ of habeas corpus ad testificandum as to Gale Nettles; Notice; (Exhibits) (pmp, ) (Entered: |

| | | |
|---|---|---|
| | | 08/05/2005) |
| ~~08/11/2005~~ | **~~48~~** | ~~ATTORNEY Designation for USA of Victoria Jones Peters (pmp, )~~ ~~(Entered: 08/16/2005)~~ |
| 08/15/2005 | **49** | MOTION by United States of America in limine to exclude an entrapment defense as to Gale Nettles (gma, ) (Entered: 08/16/2005) |
| ~~08/15/2005~~ | **~~50~~** | ~~NOTICE of Motion by United States of America for presentment of~~ ~~MOTION by United States of America in limine to exclude an~~ ~~entrapment defense as to Gale Nettles~~ **~~49~~** ~~before Honorable John F.~~ ~~Keenan on 8/24/2005 at 12:00 PM. (gma, ) (Entered: 08/16/2005)~~ |
| 08/16/2005 | **51** | ORDER as to Gale Nettles. Signed by Judge John F. Keenan on 8/16/05.Mailed notice (pmp, ) (Entered: 08/17/2005) |
| 08/23/2005 | **52** | RESPONSE by Gale Nettles to government's motion in limine to exclude extrapment defense **49**; Notice; (Exhibts) (pmp, ) (Entered: 08/24/2005) |
| 08/24/2005 | **53** | MINUTE entry before Judge John F. Keenan asto Gale Nettles: Enter order that Hearing Health Center provide Mr. Nettles with a proper aid no later than the close of business on 09/01/05. Should Hearing Health Center fail to provide Mr. Nettles with a proper hearing aid by 09/01/05, Stacey B. Logal or another representative of Hearing Health Center, shall appear before this court in Room, 1719 of the Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois at 10:30 a.m. on 09/06/05, to show cause why it could not comply with this order. Mailed notice (pmp, ) (Entered: 08/26/2005) |
| 08/24/2005 | **54** | ORDER as to Gale Nettles. Signed by Judge John F. Keenan on 8/24/05.Mailed notice (pmp, ) (Entered: 08/26/2005) |
| 08/24/2005 | **55** | MINUTE entry before Judge John F. Keenan as to Gale Nettles: Government's motion **49** in limine hearing held. The defendant shall be provided with a hearing device on or by 09/01/05. Voir dire qustions for the court's consideration to be submitted on or by 09/01/05. Ruling on government's motion **49** in limine to be made by mail. Jury trial to be conducted in Room 1719. Mailed notice (pmp, ) (Entered: 08/26/2005) |
| 08/30/2005 | **56** | ORDER regarding motion in limine to preclude an entrapment defense absent defendant filing a sufficient pre-trial evidentiary proffer of facts to support such a defense **49** is denied as to Gale Nettles. Signed by Judge John F. Keenan on 8/30/05.Mailed notice |

| | | |
|---|---|---|
| | | (pmp, ) (Entered: 08/31/2005) |
| 09/01/2005 | **57** | PROPOSED Jury Instructions by United States of America as to Gale Nettles (pmp, ) (Entered: 09/02/2005) |
| 09/01/2005 | **58** | VOIR Dire questions as to Gale Nettles (pmp, ) (Entered: 09/02/2005) |
| 09/01/2005 | **59** | PROPOSED voir dire questions as to Gale Nettles; Notice (pmp, ) (Entered: 09/02/2005) |
| 09/02/2005 | **60** | REQUEST by Gale Nettles to file same instanter and proposed jury instructions; Notice (pmp, ) (Entered: 09/06/2005) |
| 09/06/2005 | **61** | MINUTE entry before Judge John F. Keenan : Jury selection held on 9/6/2005. Voir dire begun on 9/6/2005 and completed on 9/6/05. Trial to begin on 9/7/05 at 9:30 a.m. No notice (gl, ) (Entered: 09/08/2005) |
| 09/06/2005 | **62** | MINUTE entry before Judge John F. Keenan : Trial Begins (Jury) Jury trial held and continued to 09/07/05 at 9:30 a.m. No notice (pmp, ) (Entered: 09/08/2005) |
| 09/06/2005 | **71** | PEREMPTORY challenges during jury selection by Gale Nettles, United States of America (emd, ) (Entered: 09/21/2005) |
| 09/07/2005 | **63** | MINUTE entry before Judge John F. Keenan dated 9/7/05: Jury trial held on 9/7/2005, and continued to 9/8/05 at 9:30 a.m. No notice (gl, ) (Entered: 09/08/2005) |
| 09/08/2005 | **64** | MINUTE entry before Judge John F. Keenan dated 9/8/05: Jury trial held on 9/8/2005, and continued to 9/9/05 at 9:30 a.m. No notice (gl, ) (Entered: 09/08/2005) |
| 09/08/2005 | **68** | MINUTE entry before Judge John F. Keenan as to Gale Nettles: It is ordered that the United States Attorney's Office is authorized to make available to the media tapes and transcripts that have been addmitted by the court in this matter subsequent to their admission into evidence. (Enter order) Judicial staff mailed notice (pmp, ) (Entered: 09/14/2005) |
| 09/08/2005 | **69** | ORDER as to Gale Nettles. Signed by Judge John F. Keenan on 9/8/05.Judicial staff mailed notice (pmp, ) (Entered: 09/14/2005) |
| 09/09/2005 | **65** | MINUTE entry before Judge John F. Keenan dated 9/9/05: Jury trial held on 9/9/2005, and continued to 9/12/05, at 9:30 a.m. No notice (gl, ) (Entered: 09/09/2005) |

| 09/12/2005 | 66 | MINUTE entry before Judge John F. Keenan dated 9/12/05: Jury trial held on 9/12/2005, and continued to 9/13/05 at 9:30 a.m. No notice (gl, ) (Entered: 09/12/2005) |
|---|---|---|
| 09/13/2005 | 67 | MINUTE entry before Judge John F. Keenan dated 9/13/05: Jury trial held on 9/13/2005, and continued to 9/14/05 at 9:30 a.m. No notice (gl, ) (Entered: 09/13/2005) |
| 09/13/2005 | 72 | MINUTE entry before Judge John F. Keenan : Defendant's oral motion for judgment of acquittal at the close of all the evidence as to Counts One through Nine is denied. Government's oral motion to amend indictment on its face as to Count 8 is granted. Mailed notice (emd, ) (Entered: 09/21/2005) |
| 09/13/2005 | 73 | MOTION by Gale Nettles for judgment of acquittal (emd, ) (Entered: 09/21/2005) |
| 09/13/2005 | 74 | MINUTE entry before Judge John F. Keenan : Hearing held on defendant's motion for judgment of acquittal. For the reasons set forth in open court, defendant's motion for judgment of acquittal in this cause pursuant to Rule 29 of the Federal Rules of Criminal Procedure 73 is denied. Mailed notice (emd, ) (Entered: 09/21/2005) |
| 09/14/2005 | 70 | MINUTE entry before Judge John F. Keenan dated 9/14/05: Jury trial held on 9/14/2005. Deliberations begin and continued to 9/15/05, at 9:30 a.m. No notice (gl, ) (Entered: 09/15/2005) |
| 09/14/2005 | 75 | FINAL PROPOSED Jury Instructions by United States of America as to Gale Nettles (emd, ) (Entered: 09/21/2005) |
| 09/15/2005 | 76 | JURY Verdict as to Gale Nettles (1) guilty on Count 1-2,4,5-9, Gale Nettles (1) not guilty on Count 3. (emd, ) (Entered: 09/21/2005) |
| 09/15/2005 | 77 | JURY Notes as to Gale Nettles (emd, ) (Entered: 09/21/2005) |
| 09/15/2005 | 78 | MINUTE entry before Judge John F. Keenan : Trial held-jury. Jury verdict of guilty as to counts 1,2,4,5,6,7, 8 and 9. Jury verdict of not guilty as to count 3. Trial ends-jury. Post trial motions to be filed by 10/14/05; government to respond by 10/28/05; reply due 11/4/05. Order presentence investigation report. Sentencing set for 1/12/2006 at 10:00 AM. Any interviews of defendant are to take place in the presence of defendant's counsel. Mailed notice (emd, ) (Entered: 09/21/2005) |
| 09/15/2005 | | ***Procedural Interval start as to Gale Nettles (las, ) (Entered: |

| | | 01/26/2006) |
|---|---|---|
| 10/14/2005 | **79** | MOTION by Gale Nettles for judgment of acquittal or in the alternative for a new trial; Notice (pmp, ) (Entered: 10/17/2005) |
| 10/17/2005 **N/A** | **80** | TRANSCRIPT of proceedings for the following dates: 08/10/04; Before the Honorable Morton Denlow as to Gale Nettles (pmp, ) (Entered: 10/18/2005) |
| 10/18/2005 | **81** | RESPONSE by United States of America as to Gale Nettles regarding MOTION by Gale Nettles for judgment of acquittalMOTION by Gale Nettles for new trial**79** (Fox, Brandon) (Entered: 10/18/2005) |
| ~~10/18/2005~~ | ~~**82**~~ | ~~ATTORNEY Designation for USA of Brandon D Fox (Fox, Brandon) (Entered: 10/18/2005)~~ |
| 11/28/2005 | **83** | MINUTE entry before Judge John F. Keenan as to Gale Nettles: Enter opinion and order: Defendant's motion **79** are denied in all respects. Sentencing will be imposed on 01/12/06 at 10:00 a.m. Mailed notice (pmp, ) (Entered: 11/29/2005) |
| 11/28/2005 | **84** | OPINION and ORDER as to Gale Nettles. Signed by Judge John F. Keenan on 11/28/05.Mailed notice (pmp, ) (Entered: 11/29/2005) |
| 12/27/2005 | **85** | MINUTE entry before Judge John F. Keenan as to Gale Nettles : Enter order that any objections to the Presentence Investigation Report to be filed with the court, the Probation Department and the opposing side no later than 01/06/2006 at 4:00 p.m. E.S.T. Mailed notice (pmp, ) (Entered: 12/28/2005) |
| 12/27/2005 | **86** | ORDER as to Gale Nettles. Signed by Judge John F. Keenan on 12/27/05.Mailed notice (pmp, ) (Entered: 12/28/2005) |
| 01/05/2006 | **87** | OBJECTION to Presentence Investigation Report by Gale Nettles *and Sentencing Memorandum* (Theis, John) (Entered: 01/05/2006) |
| 01/09/2006 | **88** | RESPONSE by United States of America to objection to presentence investigation report**87** (Fox, Brandon) (Entered: 01/09/2006) |
| 01/12/2006 | **93** | JUDGMENT (Sentencing Order) as to Gale Nettles (1), Count(s) 1-2, 4,5,6,7,8,9. It is the judgment of this court that the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total uninterrupted term of twenty (20) years on each of counts one, two, four, five, six, seven, eight, and nine. The term of custody on counts two, four, five, six, seven, eight, and nine shall run consecutively to the term of custody on count one and consecutively |

Page 13 of  14

| | | |
|---|---|---|
| | | to each other, for a total term of imprisonment on one hundred sixty (160) years. Supervised Release. The court finds that a term of supervised release is not necessary due to the length of the term of imprisonment. The defendant shall pay the total assessment of $800.00. Schedule of payments. The defendant is immediately remanded to the custody of the United States Marshal. Gale Nettles terminated. Signed by Judge John F. Keenan on 1/12/06.Mailed notice (las, ) (Entered: 01/26/2006) |
| 01/13/2006 **N/A** | **89** | SEALED Document pursuant to LR26.2 (pmp, ) (Entered: 01/18/2006) |
| 01/20/2006 | **90** | NOTICE OF APPEAL by Gale Nettles ;Notice of Filing ; (Attachments) cja (dj, ) (Entered: 01/23/2006) |
| 01/20/2006 | **91** | DOCKETING statement by Gale Nettles regarding notice of appeal**90** (dj, ) (Entered: 01/23/2006) |
| ~~01/23/2006~~ | ~~**92**~~ | ~~Transmission of short record as to Gale Nettles to US Court of Appeals re notice of appeal~~**90** ~~(dj, ) (Entered: 01/23/2006)~~ |
| 01/26/2006 | | JUDGMENT and Commitment as to Gale Nettles issued to U.S. Marshal (las, ) (Entered: 01/26/2006) |
| ~~01/30/2006~~ | ~~**94**~~ | ~~USCA case number as to Gale Nettles 06-1304 for notice of appeal~~ **90** ~~(pmp, ) (Entered: 02/01/2006)~~ |